UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TORIS OLIVER,

    Petitioner,

v.                                       CASE NO. 6:12-cv-1147-Orl-28TBS

SECRETARY, DEPARTMENT
  OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on the following matters:

1.    Petitioner did not pay the filing fee or submit an Affidavit of Indigency or other application to proceed in forma pauperis, as required by Local Rule 1.03(e).[1] Accordingly, Petitioner shall file an Affidavit of Indigency or other application to proceed in forma pauperis or pay the full filing fee within **TWENTY-ONE (21) DAYS** from the date of this Order.

---

[1] Local Rule 1.03(e) states that "[t]he Clerk shall accept for filing all prisoner cases filed with or without the required filing fee or application to proceed *in forma pauperis*. However, a prisoner case will be subject to dismissal by the Court, *sua sponte*, if the filing fee is not paid or if the application is not filed within 30 days of the commencement of the action."

**Petitioner is advised that the failure to comply with the dictates of this Order will result in the dismissal of this case without further notice.**

2. Petitioner's Petition for Habeas Corpus Relief (Doc. No. 1) exceeds twenty-five pages in length, and it is in violation of Local Rule 3.01(a).[1] Consequently, Petitioner's habeas petition (Doc. No. 1) is hereby **STRICKEN**, and it shall be removed from the record and returned to Petitioner by the Clerk of the Court.

Within **TWENTY-ONE (21) DAYS** from the date of this Order, Petitioner shall refile his habeas petition on the appropriate habeas form, and, as to each claim, he shall set forth on the form itself a brief and concise description of the claim with supporting facts. Petitioner *should not* incorporate a memorandum of law into the habeas form, and it shall not exceed twenty-five pages (25) in length. Within the same time-frame, Petitioner may file a *separate* memorandum of law providing legal argument in support of his claims, which shall not exceed twenty-five (25) pages in length. In the memorandum of law, Petitioner may provide a more thorough description of his claims.

The Clerk of the Court is directed to provide the appropriate habeas form to Petitioner. The failure to *fully* comply with this Order will result in the dismissal of this

---

[1] The petition was delivered to prison authorities for mailing on July 23, 2012.

action without further notice.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 27 day of August, 2012.

.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 8/24
Toris Oliver